# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

FILED IN OPEN COURT   ⌐
ON ___/2/19/2014___
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America<br>v.<br>Terrill Antonio Miller | ) <br> ) <br> ) <br> ) Case No:  7:12-CR-44-1BO <br> ) <br> ) USM No:  56347-056 |

Date of Original Judgment:          November 11, 2012   )
Date of Previous Amended Judgment: _____ )   Kat Shea
*(Use Date of Last Amended Judgment if Any)*                    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____65_____ months **is reduced to** _____60 months_____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 15, 2012 _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date:  /2-19-14

_____
*Judge's signature*

Effective Date:  November 1, 2015                    Terrence W. Boyle, U.S. District Judge
               *(if different from order date)*                        *Printed name and title*